UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH DUSTIN BUTLER, ET AL.    CIVIL ACTION

VERSUS

MEDICAL INFORMATION
TECHNOLOGY, INC., ET AL.    NO. 25-00398-BAJ-RLB

### RULING AND ORDER

Before the Court is Plaintiffs' **Motion to Remand. (Doc. 10).** The Motion is opposed. (Doc. 16). Plaintiffs filed a Reply Brief. (Doc. 20). The Magistrate Judge issued a **Report and Recommendation,** recommending that the Court grant Plaintiffs' Motion to Remand and remand the above-captioned matter to the 19th Judicial District Court, East Baton Rouge, Louisiana. (Doc. 24). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Doc. 10)** is **GRANTED.**

IT IS FURTHER ORDERED that the above-captioned action be and is hereby **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 17th day of October, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**